United States Bankruptcy Court

District of Colorado

Reitmair,

    Plaintiff

Adv. Proc. No. 26-01162-MER

Mueller,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 20, 2026 | Form ID: pdf904 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Dawn Reitmair, 9508 Lou Dr, Northglenn, CO 80260-5535 |
| dft | + | Lisa Jeannine Mueller, 265 Willowick Cir., Highlands Ranch, CO 80129-6245 |
| dft | + | Michael William Mueller, 265 Willowick Cir., Highlands Ranch, CO 80129-6245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026        Signature:    /s/Gustava Winters

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 26-12574 MER |
| Michael William Mueller | |
| Lisa Jeannine Muelller | Chapter 7 |
| Debtors. | |
| Dawn Reitmair | Adversary No. 26-1162 MER |
| Plaintiff | |
| v. | |
| Michael William Mueller | |
| Lisa Jeannine Muelller | |
| Defendants | |

## ORDER TO SHOW CAUSE

On June 17, 2026, Plaintiff filed his Complaint, bringing claims against Defendants under 11 U.S.C. § 523(a)(2). Defendants filed their answer on July 17,2026. Fed. R. Bank. P. 7008 and 7012 require in part that the pleadings contain a statement that the party does or does not consent to entry of final orders or judgment by the bankruptcy court. The Complaint and Answer do not contain the required language.

Accordingly,

IT IS HEREBY ORDERED the parties are directed to state in writing by **August 3, 2026** whether they consent to the entry of orders and final judgment by this Court, and, if applicable, whether this Court has Constitutional authority to enter final judgment on the claims in the Complaint or whether the Court shall be limited to submission of proposed findings of fact and conclusions of law to the District Court. Failure to respond timely to this Order will be deemed to be an acceptance of the party's consent to the entry of orders and final judgment by the bankruptcy court.

Dated July 20, 2026                    BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court